**FRENCH & CASEY, LLP**
COUNSELORS AT LAW
29 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10006
(212) 797-3544
FAX: (212) 797-3545
www.frenchcasey.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 6 2012
```

March 16, 2012

**VIA EMAIL**
Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, NY 10007

    Re: Jefferies & Company, Inc. v. Paddock Holdings, Inc.
      Case #: 1:11-cv-07938-KBF
      <u>Our File No.: 5810.1026</u>

Dear Honorable Forrest:

  We represent defendant PADDOCK HOLDINGS, INC., formerly known as PADDOCK LABORATORIES, INC. in the above-referenced action. On March 15, 2012, we inadvertently filed Defendant's Rule 68 Offer of Judgment (Doc. No. 20) with this Court. We respectfully request that Your Honor so order this letter, so that this document can be removed from the Court's docket.

  Thank you for your courtesy.

                Respectfully Yours,
                FRENCH & CASEY, LLP

                Douglas Rosenzweig

DR/pl

cc:
Scott S. Balber, Esq. (Via Email)
Michael A. Samalin, Esq. (Via Email)
Chadbourne & Parke LLP

David R. Crosby, Esq. (Via Email)
Leonard, Street and Deinard, P.A.

*The Clerk of the Court is directed to remove the document at Docket No. 20 from the docket for this case.*

*K. B. Forrest*
*USDJ*

*March 16, 2012*