```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
Jefferies & Company, Inc.                  :
                          Plaintiff(s)     :    11 Civ. 7938 (KBF)
                                           :
              -v-                          :    ORDER
                                           :
                                           :
Paddock Holdings, Inc.    Defendant(s)..   :
                                           :
------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 27, 2012
```

KATHERINE B. FORREST, District Judge:

    The Status Conference in this action, currently scheduled for April 27, 2012 at 9:30 a.m. will be heard on the same day (4/27/2012) at 11:00 a.m.

    SO ORDERED:

Dated:    New York, New York
            March 27, 2012

*Katherine B. Forrest*

―――――――――――――――――――――
KATHERINE B. FORREST
United States District Judge