# CHADBOURNE & PARKE LLP

Scott S. Balber
direct tel 212 408 5466
sbalber@chadbourne.com

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100   fax (212) 541-5369



RECEIVED
MAR 22 2012
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

## MEMO ENDORSED

March 22, 2012



3/29/12

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Jefferies & Company, Inc. v. Paddock Holdings, Inc.*,
Docket No. 1:11-cv-07938-KBF

Dear Judge Fox:

We represent the Plaintiff Jefferies & Company, Inc. in the above-referenced matter. We write in accordance with the Court's Order, dated March 8, 2012, requiring the parties to submit three dates upon which they would propose to hold a settlement conference. The parties have conferred and submit April 23, 25 and 26, 2012 as suitable dates.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

Scott Balber/ms

Scott S. Balber

cc: Douglas Rosenzweig, Esq.
    David Crosby, Esq.

3/29/12
The dates proposed by the parties are not available dates on which a settlement conference can be convened. The Court can conduct the conference on May 2, 2012; it shall be held on that date at 2:30 p.m., in courtroom 6A, 500 Pearl Street, New York, New York.
SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

New York Washington Los Angeles Mexico City São Paulo London Moscow Warsaw Kyiv Almaty Dubai Beijing