```
                                    ┌─────────────────────────────────┐
                                    │ USDC SDNY                        │
                                    │ DOCUMENT                         │
                                    │ ELECTRONICALLY FILED             │
UNITED STATES DISTRICT COURT        │ DOC #: _____           │
SOUTHERN DISTRICT OF NEW YORK       │ DATE FILED: April 23, 2012       │
----------------------------------X └─────────────────────────────────┘
                                  :
Jefferies & Company, Inc. Plaintiff(s) :
                                  :        11 Civ. 7938 (KBF)
             -v-                  :
                                  :            ORDER
                                  :
Paddock Holdings, Inc.            :
                    Defendant(s). :
                                  :
----------------------------------X
```

KATHERINE B. FORREST, District Judge:


    The status conference in this action, currently scheduled
for April 27, 2012 at 11:00 a.m. will be heard on the same day
(4/27/2012) at 9:00 a.m.


        SO ORDERED:

Dated:     New York, New York
           April 23, 2012


                        *Katherine B. Forrest*
                    _____
                        KATHERINE B. FORREST
                    United States District Judge