# CHADBOURNE & PARKE LLP

Scott S. Balber
direct tel 212 408 5466
sbalber@chadbourne.com



30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100   fax (212) 541-5369



MEMO ENDORSED



April 25, 2012

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: Jefferies & Company, Inc. v. Paddock Holdings, Inc.,
          No. 1:11-cv-07938 (KBF)

Dear Judge Fox:

     We represent Jefferies & Company, Inc. in the above referenced matter. We write with consent of Paddock Holdings, Inc. to inform the Court that the parties have reached a settlement in the case, and are currently finalizing their written agreement. We anticipate filing a stipulation of voluntarily dismissal next week. As a result, we respectfully request that the Court cancel the settlement conference scheduled for Wednesday, May 2, 2012 at 2:30 PM.

     Thank you for Your Honor's attention to this matter. Please do not hesitate to contact me at (212) 408-5466 if you should require any additional information.

4/25/12
Application granted.
SO ORDERED:
_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

_Scott Balber_/ms

Scott S. Balber

cc:    Douglas R. Rosenzweig
        Joseph A. French
        David R. Crosby