USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 27 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEFFRIES & COMPANY, INC.,

        Plaintiff,

  -v-

PADDOCK HOLDINGS, INC., formerly known
as PADDOCK LABORATORIES, INC.,

        Defendant.

------------------------------------------------------------X

11 Civ. 7938 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

  Counsel for plaintiff having notified the Court by letter dated April 25, 2012, that the parties have reached a settlement in this action, it is hereby

  ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement or Notice of Dismissal for the Court to So Order. Otherwise, within such time plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event that plaintiff has not requested restoration of the case to the active calendar within such thirty-day period.

It is FURTHER ORDERED that the conference scheduled for April 27, 2012 is cancelled but shall be rescheduled as set forth above in the event that plaintiff notifies the Court that the parties' settlement was not effectuated.

The Clerk of Court is directed to close this case.

Dated: New York, New York
April 26, 2012

_K. B. Forrest_
KATHERINE B. FORREST
United States District Judge