IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERIES & COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> PADDOCK HOLDINGS, INC., formerly known as PADDOCK LABORATORIES, INC., <br><br> Defendant. | Case No. 1:11-CV-7938-KBF <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| CHADBOURNE & PARKE LLP<br><br>By: _____<br>Scott S. Balber<br>A Member of the Firm<br>Attorneys for Plaintiff<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel. (212) 408-5100<br>Fax (212) 541-5369<br>sbalber@chadbourne.com | FRENCH & CASEY, LLP<br><br>By: _____<br>Douglas R. Rosenzweig<br>Attorneys for Defendant<br>29 Broadway, 27th Floor<br>New York, New York 10006<br>Tel. (212) 797-3544<br>Fax. (212) 797-3545<br><br>and<br><br>David R. Crosby<br>LEONARD, STREET AND DEINARD<br>150 South Fifth Street<br>Suite 2300<br>Minneapolis, MN 55402<br>Tel. (612) 335-1627<br>Fax (612) 335-1657<br>david.crosby@leonard.com |

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)