*Forrest, J.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFERIES & COMPANY, INC.,

                Plaintiff,

-against-

PADDOCK HOLDINGS, INC., formerly known as
PADDOCK LABORATORIES, INC.,

                Defendant.

Case No. 1:11-CV-7938-KBF

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 18 2012
```

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

CHADBOURNE & PARKE LLP

By: _____
Scott S. Balber
A Member of the Firm
Attorneys for Plaintiff
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-5100
Fax (212) 541-5369
sbalber@chadbourne.com

FRENCH & CASEY, LLP

By: _____
Douglas R. Rosenzweig
Attorneys for Defendant
29 Broadway, 27th Floor
New York, New York 10006
Tel. (212) 797-3544
Fax. (212) 797-3545

and

David R. Crosby
LEONARD, STREET AND DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Tel. (612) 335-1627
Fax (612) 335-1657
david.crosby@leonard.com

**SO ORDERED:**

May 18, 2012

K. B. Forrest
U.S.D.J.

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)